IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAUREEN FOX and LYNNE WOODARD, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 21-CV-6720 |
| v. | ) |
| | ) |
| DUPAGE TOWNSHIP, GARY MARSCHKE, in his individual and official capacities, and JACQUELINE "JACKIE" TRAYNERE, in her individual and official capacities, | ) Will County ) Case No.: 21 L 000877 ) ) ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS DUPAGE TOWNSHIP, GARY MARSCHKE
AND JACQUELINE TRAYNERE'S NOTICE OF REMOVAL**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS:

Defendants DuPage Township, Gary Marschke and Jacqueline Traynere, by their attorneys, pursuant to 28 U.S.C. § 1441, states as follows for its Notice of Removal:

1. On November 12, 2021, Plaintiffs Maureen Fox and Lynne Woodard filed a Complaint in the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois, Law Division. A copy of plaintiff's Complaint is attached hereto as Exhibit "A".

2. The above-described action is a civil action in which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331 (providing for jurisdiction over a federal question) and is one which may be removed to this court by the defendant pursuant to the provisions of 28 U.S.C. § 1441 in that plaintiffs filed suit against Defendants DuPage Township, Gary Marschke, and Jacqueline Traynere for, *inter alia*,

42 U.S.C. § 1983 violations of their constitutional rights under the 1st and 14th Amendments. This court has supplemental jurisdiction over claims arising under state law pursuant to 28 U.S.C. § 1367.

3. The United States District Court for the Northern District of Illinois, Eastern Division, is the District Court for the district embracing Will County, Illinois. 28 U.S.C. §93(a)(1).

4. As required by 28 U.S.C. § 1446(d), a notice of removal will be served upon all parties of record and will be filed with the Circuit Court of the Twelfth Judicial Circuit Court, Will County, Illinois, Law Division.

5. Defendants DuPage Township, Gary Marschke, and Jacqueline Traynere received a copy of the Complaint on December 15, 2021 through service. The defendants' consent to removal pursuant to 28 U.S.C. § 1446(b)(2)(a), as reflected by their signatures below. *Save-a-Life Foundation, Inc. v. Heimlich*, 601 F. Supp. 2d 1005, 1007 n.1 (N.D. Ill. 2009) (noting that each consenting defendant must sign the notice of removal).

6. Pursuant to the requirements of 28 U.S.C. §1446(a), the pleadings served on Defendants' action in Will County have been filed herewith.

WHEREFORE, Defendants, DuPage Township, Gary Marschke, and Jacqueline Traynere, hereby give notice of removal of this action to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully Submitted,

**DUPAGE TOWNSHIP, GARY MARSCHKE, JACQUELINE TRAYNERE**

By: *s/Karin L. Anderson*
Karin L. Anderson, #6277014
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
kanderson@okgc.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MAUREEN FOX and LYNNE WOODARD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 21-CV-6720 |
| v. ) | |
| ) | |
| DUPAGE TOWNSHIP, GARY MARSCHKE, in ) | Will County |
| his individual and official capacities, and ) | Case No.: 21 L 000877 |
| JACQUELINE "JACKIE" TRAYNERE, in her ) | |
| individual and official capacities, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed **Defendants' Notice of Removal** with the Clerk of Court using the CM/ECF system, and will send notification of such filing to the following participant(s):

| | |
|---|---|
| Charles A. Johnson | Circuit Court of Will County – Law Division |
| Charles A. Johnson, P.C. | Will County Circuit Clerk |
| Attorney1@prodigy.net | 14 West Jefferson Street |
| | Joliet, IL 60432 |

**DUPAGE TOWNSHIP, GARY MARSCHKE, JACQUELINE TRAYNERE**

By: *s/Karin L. Anderson*
Karin L. Anderson, #6277014
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Facsimile: (847) 291-9230
kanderson@okgc.com

4