Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000877
Filed Date: 11/12/2021 12:00 AM
Envelope: 15565530
Clerk: AHD

IN THE CIRCUIT COURT OF THE TWELVETH JUDICIAL CIRCUIT
WILL COUNTY ILLINOIS

MAUREEN FOX and LYNNE WOODARD
    Plaintiffs,                   )
                                   )
vs.                               )
                                 )     Case No.:
                                 )     **2021L 000877**
DUPAGE TOWNSHIP; GARY MARSCHKE,     )
in his individual and official capacities; and )
JACQUELINE "JACKIE" TRAYNERE, in her individual )
and official capacities.             )
    Defendants                 )     JURY TRIAL DEMANDED

## COMPLAINT

Plaintiffs MAUREEN FOX and LYNNE WOODARD, by and through their undersigned counsel, Charles A. Johnson, hereby submit this Complaint against Defendants DUPAGE TOWNSHIP; GARY MARSCHKE, in his individual and official capacities; and JACQUELINE "JACKIE" TRAYNERE, in her individual and official capacities, and allege as follows:

### INTRODUCTION

1. Plaintiffs bring this action to redress the violations by Defendants, acting under color of state law, of their constitutional and contractual rights. Plaintiffs were deprived of their constitutional and contractual rights when Defendants wrongfully terminated Plaintiffs' employment in violation of those legal rights and without due process. Defendants took these unlawful actions to retaliate against Plaintiffs:

(a) for exercising their First Amendment rights of free speech and free association by, inter alia, failing to support and/or opposing Defendant Gary Marschke's political agenda, including his handpicked candidates that he supported for election to the DuPage Township Board of Trustees;

(b) for exercising their First Amendment rights of free speech and free association by, inter alia, failing to support and/or opposing and/or campaigning against those political candidates; and/or

(c) because Defendants perceived Plaintiffs as, inter alia, being associated with the opposing party and/or supporting Gary Marschke's political opponents on the DuPage Township Board of Trustees and/or opposing Gary Marschke's handpicked candidates that he supported for election to the DuPage Township Board of Trustees and/or opposing Gary Marschke's political agenda and/or opposing Gary Marschke's political allies on the DuPage Township Board of Trustees.

2. In unlawfully terminating Plaintiffs, Defendants retaliated against them in violation of their First Amendment rights (Counts I & II), deprived Plaintiffs of their property and liberty interests without due process of law in violation of the Fourteenth Amendment (Count III),

1

Initial case management set for
3/1/2022 at 9:00 a.m.

Exhibit A

Breached Plaintiffs' employment contracts (Count IV),and conspired against Plaintiffs to do all of the above (Count III).

## JURISDICTION AND VENUE

3. This Court has jurisdiction over Counts I through V.

4. Venue is proper in this judicial circuit because the Plaintiffs and all of the Defendants either reside in Will County or have their principal place of business in this Will County, and all events giving rise to Plaintiffs' claims occurred within this Will County.

## PARTIES

5. Plaintiff Maureen Fox ("Fox") an individual, is a resident of Will County. Between 2001 and 2021, Fox was employed in various capacities at DuPage Township ending with position of Senior Director.

6. Plaintiff Lynne Woodard ("Woodard"), an individual, is a resident of Will County.  Between 2005 and 2021 Woodard was an employee of DuPage Township in various capacities ending with the position of Senior Director.

7. Defendant DUPAGE TOWNSHIP ("The Township") is a government entity located in Bolingbrook, Illinois. It is a local public entity organized under the Law of The State of Illinois. The township is funded by a number of sources, including local property taxes. It is governed by a locally elected eight-member Board of Trustees ("the Board") The Township Supervisor currently Marschke. Marschke was elected in April 2021.

8. Defendant GARY MARSCHKE ("Marschke"), named in his official and individual capacities, is the Township Supervisor.

9. Defendant JACQUELINE "JACKIE" TRAYNERE ("Traynere"), named in her official and individual capacities, is a resident of the Village of Bolingbrook, Illinois, and currently serves as Township Administrator. She was employed by Marschke in May 2021.

10. Marschke used his position as Township Supervisor and Leader of the board majority to, inter alia, create policy for the Township including conspiring with Defendant Traynere and unlawfully terminating Plaintiffs.

11. On May 19, 2021, Defendant Marschke in concert with Defendant Traynere and Defendant Township, unlawfully caused the termination of Plaintiffs.

12. At all times material hereto, each Defendant acted under color of state law within the meaning of 42 U.S.C. § 1983.

## FACTS UPON WHICH CLAIMS ARE BASED
### Plaintiffs' Employment

Plaintiffs' Protected Political Activities

2

1. Between February 2021 and May 2021, Plaintiffs engaged in multiple political activities protected under the First Amendment, including but not limited to:

    a. Refusing to support and/or opposing Defendant's Marschke's and Traynere's political/personal agendas for the Township and the Village of Bolingbrook;

    b. Failing to support and/or opposing and/or campaigning against Marschke's candidacy for Township Supervisor and Traynere's candidacy for Mayor of Bolingbrook, Illinois and their handpicked candidates for trustees of the Board of DuPage Township and the Village of Bolingbrook in the 2021 election by, among other things:

    c. Attending campaign events and speaking out against Marschke's and Traynere's agendas;

    d. Putting up yard signs for candidates who were running against Marschke's and Traynere's handpicked candidates for trustees of the Boards in the 2021 election;

    e. Contributing to candidates who did not support Marschke and Traynere; and

    f. Speaking out publicly against and organizing opposition to Marschke's and Traynere's and their handpicked candidates and proposed "reform policies."

Defendant Marschke's and Traynere's Political Animus Toward Plaintiffs

2. Between February 2021 and May 2021, Defendant Marschke and Traynere developed a political animus against Plaintiffs because (a) Plaintiffs failed to support their political agendas for the Township and the Village which they were pursuing, in significant part, to further their own political career; (b) Plaintiffs failed to support, opposed, and/or campaigned against Marschke's handpicked candidates for trustees of the Board in the 2021 election, including by attending campaign events and speaking out against Marschke's agenda, putting up yard signs for candidates who were running against Marschke's handpicked candidates for trustees of the Board in the 2021 election, contributing to candidates who did not support Marschke, and speaking out publicly against and organizing opposition to Marschke's handpicked candidates; and/or (c) Marschke perceived that Plaintiffs opposed his political agenda at the Township and his handpicked candidates in the 2021 Township Board of Trustees election and/or were citizens who opposed his political beliefs and/or principles and/or the political party with whom he and his political allies on the Board and elsewhere were associated.

3. Marschke and Traynere reflected their beliefs and/or their perception that Plaintiffs were their political opponents and demonstrated their political animus against Plaintiffs who supported former Mayor Roger Claar and others who ran against the Defendants and their candidates.

Post-Election Efforts to Ensure Plaintiffs'
Unlawful Termination

4. In April,2021, an election was held and all of Marschke's handpicked candidates were elected as trustees and thus, with Marschke, constituted the new majority on the DuPage Township Board. Once seated, the new Board selected Marschke to be DuPage Township Board Chair. As the new DuPage Township Board majority, Marschke and his handpicked, newly elected DuPage Township Board now had the ability to direct the DuPage Township's employment decisions.

5. Thereafter, Defendants began to take steps to wrongfully terminate Plaintiffs' employment and place Traynere in a position of power because Plaintiffs: a) had failed to support and/or opposed Marschke's political/personal agenda at DuPage Township; and/or b) had failed to support and/or opposed and/or campaigned against Marschke and his handpicked candidates for trustees of the DuPage Township Board in the 2021 election; and/or c) were perceived by Defendants to have opposed Marschke's political/personal agenda at DuPage Township and his handpicked candidates in the 2021 DuPage Township Board election and/or to be persons who opposed him and his political allies on the DuPage Township Board and elsewhere, political beliefs, principles and/or the Democratic political party with whom they were associated and/or identified. These steps included the following:

    a. Defendant Traynere ran twice unsuccessful for Mayor of Bolingbrook with one of those times against former Mayor Roger Claar, whom Plaintiff Fox has a longstanding friendship. Marschke, directly and through his newly elected political allies on the DuPage Township Board, appointed his political supporter, Defendant Traynere, to the position of Township Director at a salary of nearly Ninety Thousand Dollars. Defendant Marschke then terminated both Plaintiffs to make room for Traynere.

    b. Neither Marschke nor Traynere performed an investigation into Plaintiffs' employment history as they had no access to Plaintiffs' personal files. Former Human Resources director, Amy Albright received both telephone and text messages regarding this from the Defendants.

    c. Toward that same end, on about May 19, 2021, prior to any investigation into Plaintiffs' performance and without any knowledge of sufficient facts which could support the "cause" required under Plaintiffs' contracts to allow their lawful termination, Marschke stated to Plaintiffs after his first board meeting "we're terminating you".

    d. At Marschke's and the DuPage Township Board's direction, Traynere supervised the Plaintiffs in the removal of their belongings from the Township Office.

4

**Defendants Unlawfully Terminate Plaintiffs
Using their Constitutionally Infirm Termination Process**

6. Defendants, individually and acting in concert with each other, as well as others, used an unfair and biased termination process that deprived Plaintiffs of their constitutionally protected due process rights, including the right to be heard at a meaningful time in a meaningful way prior to being denied their property right of continued employment at DuPage Township.

7. Defendants' termination process and procedures deprived Plaintiffs of their constitutional right to due process in multiple ways, including the following:

a.  Defendants pre-determined to terminate Plaintiffs before they began their termination process and thus failed to provide Plaintiffs with a fair opportunity to be heard and/or to preserve their employment through a full and fair hearing on the reasons on which their terminations were being based;

b.  Defendants explanations of termination, stated to Plaintiffs in May 2021, contained vague allegations such as "we are going in a new direction" and failed to identify or provide any specific reasons, thus precluding Plaintiffs from being allowed to fairly respond;

c.  Defendants conducted pre-termination collusions on both Plaintiffs by Defendants led by Marschke and Traynere, in a manner wholly inconsistent with all such prior hearings by DuPage Township and with no consideration of the merits of any of Plaintiffs' abilities and experience on which the terminations were based;

d.  Defendants presided over Plaintiffs' termination in a manner wholly inconsistent with any such prior terminations at DuPage Township and designed not to evaluate the merits of any of Plaintiffs' capabilities because he had already pre-decided to terminate them: and

e.  Defendant Marschke, and the DuPage Township Board majority whom Marschke had vociferously supported and provided extensive financial support for in the 2021 DuPage Township Board elections, refused to delegate the ultimate decision on whether there was "cause" to terminate Plaintiffs to an independent arbitrator because they had already decided to terminate Plaintiffs.

8. In sum, Defendants' entire termination process from the time they issued the notice of termination to Plaintiffs, was a mere sham that failed to offer Plaintiffs a timely and meaningful opportunity to challenge their terminations and thus deprived Plaintiffs of their property and liberty interests without due process of law.

COUNT I

(§ 1983 Violation of Plaintiff's First Amendment Rights — Political Retaliation Against All Defendants)

9. Plaintiffs restate and reallege by reference paragraphs 1 through 8 if fully set forth herein against all Defendants.

10. The First Amendment protects a wide spectrum of free speech and association, including a public employee's right to free association and to support or not support a political candidate of their own choosing.

11. By, inter alia, failing to support, opposing, and/or campaigning against Marschke's political agenda at DuPage Township and/or handpicked candidates for the 2021 DuPage Township Board election, and/or by their actual or perceived political affiliation and/or association with Marschke's political opponents, Plaintiffs were engaged in the exercise of their rights under the First Amendment.

12. Plaintiff's exercise of their First Amendment rights was a substantial or motivating factor in Defendants' decisions to cause and/or approve Plaintiff's termination.

13. Each and all Defendants intentionally subjected Plaintiffs to unequal and retaliatory treatment by subjecting Plaintiffs to unjust termination.

14. The actions of each and all Defendants against Plaintiffs violated their rights guaranteed under the First Amendment to the United States Constitution and 42 U.S.C. § 1983.

15. The actions of each and all Defendants were intentional, willful, and malicious and/or in reckless disregard of Plaintiff's rights as secured by the First Amendment and 42 U.S.C. § 1983.

16. Plaintiffs therefore seek awards of punitive damages against these Defendants in order to deter them from such wrongful conduct in the future.

17. The acts of each and all Defendants have caused Plaintiffs great mental anguish, humiliation, degradation, physical and emotional pain and suffering, inconvenience, lost wages and benefits, future pecuniary losses, and other consequential damages.

COUNT II

§ 1983 Violation of Plaintiff's Right to Procedural Due Process Against
All Defendants)

18. Plaintiffs restate and reallege by reference paragraphs 1 through 17
as if fully set forth herein against all Defendants.

19. Plaintiffs hold a constitutionally protected property interest in
continued employment. Their property interest arose from the
contractually binding promise made by DuPage Township that Defendants
would not be deprived of their positions except for just cause, as set
forth in DuPage Township Policies.

20. Defendants deprived Plaintiffs of their property interests in
continued employment by causing and/or approving Plaintiff's termination.

21. Plaintiff's also hold a constitutionally protected liberty interest
in their ability to continue seeking and obtaining future employment in
the positions in which they have devoted majority of their working life
and in which they have invested substantial time, resources, and efforts
to gain the education, training, and experience needed to succeed.

COUNT III

(Breach of Plaintiffs' Employment Implied Contract Against Defendant
DuPage Township of DuPage)

1. Plaintiffs restate and reallege by reference paragraphs 1 through 21
as if fully set forth herein against all Defendants.

22. Plaintiffs formed an implied contract with Defendant DuPage Township
by accepting offers of employment. Plaintiffs advanced to significant
positions over many years of employment.

23. Pursuant to their implied contract, Defendant DuPage Township agreed
that Plaintiff's employment could only be terminated for cause, as set
forth in DuPage Township Policies and Practices.

24. Plaintiff's substantially performed all of their contractual
obligations that were required of them up to the time of Defendant DuPage
Township's breach.

25. Defendant DuPage Township breached the contract by terminating
Plaintiffs' employment without cause.

26. Plaintiffs suffered damages as a result of this breach, in an amount
to be proved at trial, including lost wages and benefits.

COUNT IV
(Conspiracy Against All Defendants)

1. Plaintiffs repeat and reallege all the paragraphs in this complaint as if fully set forth herein against all Defendants.

27. All the Defendants and other co-conspirators, known and not yet known to Plaintiffs, reached an agreement amongst themselves to terminate Plaintiffs' employment, all in violation of Plaintiffs' constitutional and contractual rights, as described above.

28. In this manner, the Defendants, acting in concert with other known and unknown co-conspirators, conspired to accomplish an unlawful purpose by an unlawful means.

28. In furtherance of the conspiracy, each of the co-conspirators committed overt acts and was an otherwise willful participant in joint activity.

29. The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with willful indifference to Plaintiffs' constitutional rights. Plaintiffs therefore seek awards of punitive damages against all of the Defendants and other co-conspirators, known and not yet known to Plaintiffs, in order to deter them from such wrongful conduct in the future.

30. As a direct and proximate result of the illicit agreement referenced above, Plaintiffs' rights were violated, and they suffered substantial and irreparable harm.

COUNT V
(Violation of the Open Meetings Act)

1. Plaintiffs repeat and reallege paragraphs 1 to 30 in this complaint as if fully set forth herein against all defendants.

31. On May 18,2021 Defendant DuPage Township had its first board meeting for which the agenda was prepared and posted in advance.("See Exhibit 1")

32. The May 18,2021 agenda contained a mention of an Executive Session(If Necessary) but no reference to employment of the Plaintiffs whatsoever.

33. The agenda contained an Approval of Resolution regarding DuPage Organization Chart. On information and belief, it contained the elimination of Plaintiffs' positions. If so, it was a subterfuge to avoid the provisions of the Open Meeting Act.

34. No amendments to the agenda were offered by anyone during the meeting.

35. There was no mention of Plaintiffs' employment whatsoever during the meeting. On information and belief, no Executive Session took place during the meeting.

36. On May 19, 2021, the day after the board meeting, Defendant Marshke proceeded to terminate Plaintiffs when they came to work.

37. The reason for their termination was stated as "we are going in a different direction". No other explanation was given to the Plaintiffs.

38. Defendant Traynere supervised the Plaintiffs in clearing out their desks and removal of their personal property.

39. Prior to the May 18, 2021, meeting it was DuPage Township's practice to address all open session agenda items and to hold its closed session at the end of the open session and then adjourn.

40. Prior to and on May 18, 2021, Defendants DuPage Township and Marschke were subject to the Illinois Open Meetings Act.

41. Defendant DuPage Township and its Board and Marschke violated the letter and spirit of the Open Meeting Act by:

a. Discussing with each other and the Board, in advance of the May 18, 2021, meeting and outside of an official meeting, the future of Plaintiffs' employment and Traynere's employment.

b. Failing to provide any general notice or detail on the subject matter of Plaintiffs' and Traynere's employment on the agenda for the May 18, 2021, meeting on the intent to discuss their employment.

c. Holding no discussion on the proposed termination of the Plaintiffs and hiring of Traynere in an open meeting or Executive Session prior to taking a vote.

42. By failing to follow the Open Meetings Act and its provisions the public was given no opportunity to:

a. Know in advance that the future of Plaintiffs' and Traynere's employment was to be considered by the Board;

b. Comment on the Plaintiffs' termination and Traynere's employment;

c. Hear the reasons why Plaintiffs' were terminated and Traynere was hired;

d. Be provided with information from the Township regarding what was happening to Plaintiffs' positions, job duties and responsibilities and the effect that this change would have on the people of the Township.

43. Plaintiffs seek injunctive declaratory relief arising from the violations of the Open Meetings Act committed by the Defendants on May 18, 2021, prior thereto relating to Plaintiffs' employment and to declare Defendants' termination of the Plaintiffs to be void ab initio.
44. Defendant DuPage Township is a public body as defined under the Illinois Open Meetings Act 775 ILCS 120/1.02 with its principal business located in Will County, Illinois.

9

45. Defendant Marschke is an elected official, and his actions are governed by the Open Meetings Act.

46. This Court has jurisdiction and venue to grant injunctive and declaratory relief because the parties reside in Will County, and the actions at issue occurred in Will County.

47. This Court has Jurisdiction pursuant to the Open Meetings Act 5 ILCS 120/1 et seq. and 735 ILOC 5/2-701 because an actual controversy exists between the parties and a declaration of the parties' rights will fully resolve that controversy.

48. Plaintiffs have standing to bring this action pursuant to 5 ILCS 120/3(a).

49. Pursuant to 5 ILSC 120/2.02(a) and (c), a public body must post an agenda for such a meeting forty-eight hours in advance of such meeting and the Defendants were required to set forth the subject matter of any resolution that will be the subject of the final action at the meeting. The Defendants' failure to provide any pertinent information regarding the planned termination of Plaintiffs constitutes a violation of this Act.

WHEREFORE, Plaintiffs demand a trial by jury of 6 persons and judgment in their favor on all of their claims and relief as follows:

A. Permanent injunctive relief including but not limited to an order that Plaintiffs be reinstated, that all negative material related to the events at issue in this case be expunged from all DuPage Township records, and that a written, public apology be issued acknowledging Defendants' wrongful conduct.

B. Back wages and benefits lost.

C. Future pay and benefits lost.

D. Loss of earning capacity.

E. Compensatory damages in an amount to be determined.

F. Punitive damages in an amount to be determined.

G. Plaintiffs' reasonable attorneys' fees and costs incurred in bringing this action; and

H. Such other relief as the Court may deem just and proper.

Respectfully submitted,

By: Charles A. Johnson
Attorney for Plaintiffs
136 Maplewood Drive
Bolingbrook, IL 60440
T: 630-759-4550
attorney1@prodigy.net

6180747

Under the penalties as provided by law pursuant to Section 1-109 of the
Code of Civil Procedure, the undersigned certify that the stat6ements set
forth in this Complaint At Law are true and correct, except to matters
therein stated to be on information and belief, and as such the
undersigned certify aforesaid that they verily believe them to be true.


_____       _____
Maureen Fox                           Date   11-3-2021


_____       _____
Lynne Woodard                         Date   11/3/2021


11

EXHIBIT 1

**REGULAR MEETING OF THE DUPAGE**
**TOWNSHIP SUPERVISOR AND THE**
**BOARD OF TRUSTEES**
**251 Canterbury Lane**
**Levy Center**
**Bolingbrook IL**
**& via Remote "Zoom"**
**Conference⁺***

Please click the link below to join the webinar:
https://us02web.zoom.us/j/81396192718?pwd=bGlZMWlKRWZqYkq5SG5Ka04wWm4vUT09

Webinar ID: 813 9619 2718

Passcode: 916020

*Tuesday May 18, 2021*

**7:00PM**

<u>AGENDA</u>

I.    **Call to Order**

II.   **Pledge of Allegiance**

III.  **Roll Call for Quorum**

IV.   **Approval of Agenda**

V.    **Approval of Minutes**

      A. Approval of April 20, 2021 Regular Board Meeting.

VI.   **Supervisor's Report**

      A. Approval of Resolution 21-16 Appointment of Township Attorney.

      B. Approval of Resolution 21-17 DuPage Township Organizational Chart, Board Discussion with Possible Board Action.

      C. Approval to hire Township Administrator, Discussion with Possible Board Action.

      D. Approval of Resolution 21-18 Resolution Designating an Authorized Agent to The Illinois Municipal Retirement Fund.

      E. Approval to Post and Publish the Tentative Budget & Appropriation Ordinance 21-19 for DuPage Township for the 2021-2022 Fiscal Year with direction to Township Clerk to schedule a Public Hearing for June 22, 2021 pursuant to the Illinois Municipal Budget Law.

      F. Approval of Resolution 21-20 a Resolution Approving the Minimum Wage of $15.00 per hour, Board Discussion with Possible Board Action.

VII.  **Action Items**

      **Audit of Bills & Claims**

**VIII.** **Approval of Township Bills & Claims** (for 04/15/21 through 05/13/21) in the amount of $79,454.47
    i.    Open Payables - $11,450.38
    ii.   Paid Payables - $68,004.09

**IX.** **Reports from Administrative Staff and Contractors**

    **A.** Legal Report – Township Attorney

**X.** **Elected Officials & Advisory Committee Reports**

    **A.** Assessor

    **B.** Clerk

    **C.** Trustees

        i.   Tom Braxton

        ii.  Terri Ransom

        iii. Debra Savage

        iv. Reem Townsend

**XI.** **Public Comments\*\***

    Invitation to speak on any issue on the agenda or anything regarding Township government. **

    (Limited to one 3-minute comment per person).

**\*\*Please note that Public Comment procedures have been modified pursuant to the Statewide Gubernatorial Disaster Proclamation and DuPage Township Ordinance 20-11, *an Ordinance Enacting and Establishing a Disaster Remote Meeting Policy*. Consistent with the rules and regulations previously adopted by DuPage Township, all those attending in-person may provide their comment as recognized by the Township Board. Additionally, a person unable to attend the meeting in-person and desiring to make public comment may email their public comment to Township Supervisor GMarschke@Dupagetownship.com by 5:00 p.m. on the day upon which the Board of Trustees holds a meeting. Public Comments received by email will be read during the public comment section and will be noted in the meeting minutes. Emailed public comments must be limited to 200 words, must identify the commenter, and are limited to one (1) comment per person. Any profanity and obscene words contained in public comments will not be read out loud. All public comments shall adhere to the applicable rules and regulations for same as adopted by the Township.**

**XII.** **Roll Call to Enter Closed Session (If Necessary)**

A.  Approval to convene Closed Session of the DuPage Township Board of Trustees to consider one or more of the following subjects pursuant to the Illinois Open Meetings Act, 5 ILCS 120/1, *et seq.*:

  v.  Section 2(c)(1): The appointment, employment, compensation, discipline, performance, or dismissal of specific employees, specific individuals who serve as independent contractors in a park, recreational, or educational setting, or specific volunteers of the public body or legal counsel for the public body, including hearing testimony on a complaint lodged against an employee, a specific individual who serves as an independent contractor in a park, recreational, or educational setting, or a volunteer of the public body or against legal counsel for the public body to determine its validity. However, a meeting to consider an increase in compensation to a specific employee of a public body that is subject to the Local Government Wage Increase Transparency Act may not be closed and shall be open to the public and posted and held in accordance with this Act;

  vi.  Section 2(c)(11): Litigation, when an action against, affecting or on behalf of the particular public body has been filed and is pending before a court or administrative tribunal, or when the public body finds that an action is probable or imminent, in which case the basis for the finding shall be recorded and entered into the minutes of the closed meeting;

XIII.  **Return to Open Session**

XIV.  **Action Items Following Closed Session**

XV.  **Adjournment**

### ''‡NOTICE REGARDING IN-PERSON MEETING MODIFICATIONS

**Pursuant to the Statewide Gubernatorial Disaster Proclamations and DuPage Township Ordinance 20-11, *an Ordinance Enacting and Establishing a Disaster Remote Meeting Policy*, the Township Supervisor, as head of the public body, has determined that a meeting held entirely in-person meeting or a meeting otherwise conducted in accordance with the Illinois Open Meetings Act is neither practical nor prudent because of the declared disaster. Only Fifty (50) persons shall be admitted into the modified meeting room with all individuals required to wear face coverings and to practice social distancing. PLEASE NOTE THE MODIFIED, IN-PERSON MEETING ROOM LOCATION.**

**After any elected or appointed officials, in-person admission shall be determined on a first-come, first-serve basis. Members of the news media may email the Township Clerk at BParker@dupagetownship.com to request reserved in-person admission. Members of the public may participate and listen to the Township Board meetings via Alternative Arrangements (Zoom Teleconference) and shall contemporaneously be able to hear all discussion, testimony, and roll call votes, in addition to the various methods provided to submit public comment.**

**A verbatim recording of the open portion of this meeting will be created and will made**

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Will _____ COUNTY | | |

**Instructions ▼**

| | |
|---|---|
| Enter above the county name where the case was filed. | MAUREEN FOX and LYNNE WOODARD _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>JACQUELINE TRAYNERE _____<br>**Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

2021L000877 _____
**Case Number**

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1. Defendant/Respondent's address and service information:**<br>  a. Defendant/Respondent's primary address/information for service:<br>    Name *(First, Middle, Last):* JACQUELINE TRAYNERE _____<br>    Registered Agent's name, if any: _____<br>    Street Address, Unit #: 241 CANTERBURY _____<br>    City, State, ZIP: BOLINGBROOK, IL 60440 _____<br>    Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>    Name *(First, Middle, Last):* _____<br>    Street Address, Unit #: _____<br>    City, State, ZIP: _____<br>    Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>    ☐ Sheriff    ☐ Sheriff outside Illinois: _____<br>          *County & State*<br>    ☐ Special process server    ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2021L000877

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2.** **Information about the lawsuit:**<br>Amount claimed: $ 200,000.00 |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: CHARLES A JOHNSON<br>Street Address, Unit #: 136 MAPLEWOOD DRIVE<br>City, State, ZIP: BOLINGBROOK, IL 60440<br>Telephone: (630) 759-4550   Email: ATTORNEY1@PRODIGY.NET |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4.** **Instructions for person receiving this *Summons* (Defendant):**<br>☑ a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address: 100 W. JEFFERSON, JOLIET, IL 60432<br>City, State, ZIP: _____ |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* | ☐ b.   Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>   *Date*     *Time*       *Courtroom*<br>**In-person at:** |
| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. | _____<br>*Courthouse Address*   *City*      *State*   *ZIP*<br>**OR**<br>**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>   By telephone: _____<br>       *Call-in number for telephone remote appearance*<br>   By video conference: _____<br>       *Video conference website*<br>   _____<br>   *Video conference log-in information (meeting ID, password, etc.)*<br>   Call the Circuit Clerk at: _____ or visit their website<br>              *Circuit Clerk's phone number*<br>   at: _____ to find out more about how to do this.<br>    *Website* |

| | |
|---|---|
| **STOP!**<br>The Circuit Clerk will fill in this section. | **11/23/2021 11:27 AM**<br>**Witness this Date:** _____<br>**Clerk of the Court:** *Andrea Lynn Chasteen* |
| **STOP!**<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>    *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|

Will _____ COUNTY

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | **MAUREEN FOX and LYNNE WOODARD** **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. **JACQUELINE TRAYNERE** | |
| | **Defendant / Respondent** *(First, middle, last name)* | **2021L000877** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
*First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
    Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
    *First, Middle, Last*
    Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
    *First, Middle, Last*
    Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____   Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021L000877

☐ **I was not able to serve the** *Summons* **and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:*  ☐ Sheriff
                ☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____   $ _____
Total               $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

---

### Procedure for attorneys or self-represented litigants using a computer with a camera & microphone

1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there.

2. Once Zoom opens, click "join a meeting" on the upper right.

3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID.

4. Message box will appear. Click "open Zoom."

5. Message box will ask for the password. Input the assigned judge's password.

6. Screen should load, showing your face. Click "join with video."

7. Message box will appear, click "join with computer audio."

### Procedure for using Zoom on cell phone:

1. Download the Zoom Cloud Meetings app on your cell phone.

2. Open the app and tap "Sign Up" (by following the prompts).

3. Tap "Join."

4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID.

5. Message box will ask for the password. Input the assigned judge's password.

6. Tap 'Join with video."

7. Tap "call using internet audio."

8. Tap anywhere on the screen to make the header bars appear.

### Procedure for using Zoom on a landline or phone without Zoom app:

1. Dial one of the below US dial-in numbers:

+1 312 626 6799
+1 929 436 2866
+1 301 715 8592
+1 669 900 6833
+1 253 215 8782
+1 346 248 7799

2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#).

3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#).

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

Andrea Lynn Chasteen
Will County Circuit Clerk
Twelfth Judicial Circuit Court
Electronically Filed
2021L 000877
Filed Date: 11/12/2021 12:00 AM
Envelope: 15565530
Clerk: AHD

IN THE CIRCUIT COURT OF THE TWELVETH JUDICIAL CIRCUIT
WILL COUNTY ILLINOIS

MAUREEN FOX and LYNNE WOODARD )
    Plaintiffs, )
                   )
vs. )
                   )     Case No.:
                   )     **2021L 000877**
DUPAGE TOWNSHIP; GARY MARSCHKE, )
in his individual and official capacities; and )
JACQUELINE "JACKIE" TRAYNERE, in her individual )
and official capacities. )
    Defendants )    JURY TRIAL DEMANDED

COMPLAINT

    Plaintiffs MAUREEN FOX and LYNNE WOODARD, by and through their undersigned counsel, Charles A. Johnson, hereby submit this Complaint against Defendants DUPAGE TOWNSHIP; GARY MARSCHKE, in his individual and official capacities; and JACQUELINE "JACKIE" TRAYNERE, in her individual and official capacities, and allege as follows:

INTRODUCTION

1. Plaintiffs bring this action to redress the violations by Defendants, acting under color of state law, of their constitutional and contractual rights. Plaintiffs were deprived of their constitutional and contractual rights when Defendants wrongfully terminated Plaintiffs' employment in violation of those legal rights and without due process. Defendants took these unlawful actions to retaliate against Plaintiffs:

(a) for exercising their First Amendment rights of free speech and free association by, inter alia, failing to support and/or opposing Defendant Gary Marschke's political agenda, including his handpicked candidates that he supported for election to the DuPage Township Board of Trustees;

(b) for exercising their First Amendment rights of free speech and free association by, inter alia, failing to support and/or opposing and/or campaigning against those political candidates; and/or

(c) because Defendants perceived Plaintiffs as, inter alia, being associated with the opposing party and/or supporting Gary Marschke's political opponents on the DuPage Township Board of Trustees and/or opposing Gary Marschke's handpicked candidates that he supported for election to the DuPage Township Board of Trustees and/or opposing Gary Marschke's political agenda and/or opposing Gary Marschke's political allies on the DuPage Township Board of Trustees.

2. In unlawfully terminating Plaintiffs, Defendants retaliated against them in violation of their First Amendment rights (Counts I & II), deprived Plaintiffs of their property and liberty interests without due process of law in violation of the Fourteenth Amendment (Count III),

1

Initial case management set for
3/1/2022 at: 9:00 a.m.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Will _____ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | MAUREEN FOX and LYNNE WOODARD<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>DUPAGE TOWNSHIP[<br>**Defendant / Respondent** *(First, middle, last name)* | 2021L000877<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | 1. **Defendant/Respondent's address and service information:** |
|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: DUPAGE TOWNSHIP<br>Registered Agent's name, if any: _____<br>Street Address, Unit #: 241 CANTERBURY<br>City, State, ZIP: BOLINGBROOK, IL 60440<br>Telephone: _____ Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff ☐ Sheriff outside Illinois: _____<br>*County & State*<br>☐ Special process server ☐ Licensed private detective |

Enter the Case Number given by the Circuit Clerk: 2021L000877

| In 2, enter the amount of money owed to you. |
|---|

| In 3, enter your complete address, telephone number, and email address, if you have one. |
|---|

**2.   Information about the lawsuit:**
Amount claimed:    $ 200,000.00

**3.   Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*:    CHARLES A JOHNSON
Street Address, Unit #:    136 MAPLEWOOD DRIVE
City, State, ZIP:    BOLINGBROOK, IL 60440
Telephone:  (630) 759-4550          Email:    ATTORNEY1@PRODIGY.NET

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box **4b.** |
|---|

**4.   Instructions for person receiving this *Summons* (Defendant):**

☑ a.   To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:
Address:   100 W. JEFFERSON, JOLIET, IL 60432
City, State, ZIP: _____

| In 4n, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.* |
|---|

☐ b.   Attend court:
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
     *Date*                          *Time*                                        *Courtroom*
**In-person at:**

_____
*Courthouse Address*         *City*                          *State*        *ZIP*
OR

| In 4b, fill out:<br>•The court date and time the clerk gave you.<br>•The courtroom and address of the court building.<br>•The call-in or video information for remote appearances (if applicable).<br>•The clerk's phone number and website. All of this information is available from the Circuit Clerk. |
|---|

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
By telephone: _____
               *Call-in number for telephone remote appearance*
By video conference: _____
                      *Video conference website*
_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                            *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
    *Website*

| **STOP!**<br>The Circuit Clerk will fill in this section. |
|---|
| **STOP!**<br>The officer or process server will fill in the Date of Service. |

Witness this Date:   **11/23/2021 11:23 AM** _____

Clerk of the Court:   *Andrea Lynn Chasteen*

**This *Summons* must be served within 30 days of the witness date.**

Date of Service: _____
                  *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.**

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Will _____ COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | MAUREEN FOX and LYNNE WOODARD<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v.<br><br>DUPAGE TOWNSHIP[<br>**Defendant / Respondent** *(First, middle, last name)* | 2021L000877 _____<br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
*First, Middle, Last*

☐ **I served the** *Summons* **and Complaint/Petition on the Defendant/Respondent**

_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
    member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
                 *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the
    above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
                             *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2021L000872

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

---

| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |
|---|---|

**By:** _____

*Signature by:*
☐ Sheriff
☐ Sheriff outside Illinois:

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**FEES**
Service and Return: $ _____
Miles             $ _____
Total             $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

---

| **Procedure for attorneys or self-represented litigants using a computer with a camera & microphone** | **Procedure for using Zoom on cell phone:** | **Procedure for using Zoom on a landline or phone without Zoom app:** |
|---|---|---|
| 1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there. | 1. Download the Zoom Cloud Meetings app on your cell phone. | 1.Dial one of the below US dial-in numbers: |
| 2. Once Zoom opens, click "join a meeting" on the upper right. | 2. Open the app and tap "Sign Up" (by following the prompts). | +1 312 626 6799<br>+1 929 436 2866<br>+1 301 715 8592<br>+1 669 900 6833<br>+1 253 215 8782<br>+1 346 248 7799 |
| 3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID. | 3. Tap "Join." | |
| 4. Message box will appear. Click "open Zoom." | 4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID. | 2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#). |
| 5. Message box will ask for the password. Input the assigned judge's password. | 5. Message box will ask for the password. Input the assigned judge's password. | |
| 6. Screen should load, showing your face. Click "join with video." | 6. Tap 'Join with video." | 3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#). |
| 7. Message box will appear, click "join with computer audio." | 7. Tap "call using internet audio." | |
| | 8. Tap anywhere on the screen to make the header bars appear. | |

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Will_____ COUNTY | **SUMMONS** | *For Court Use Only* |
|---|---|---|

| **Instructions ▼** | | |
|---|---|---|
| Enter above the county name where the case was filed. | MAUREEN FOX and LYNNE _____<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | GARY MARSCHE _____<br>**Defendant / Respondent** *(First, middle, last name)* | **2021L 000877**<br><br>**Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1ˢᵗ Summons issued for this Defendant.)* | 2021L000877 |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | |
|---|---|
| In **1a**, enter the name and address of a Defendant/ Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | **1.  Defendant/Respondent's address and service information:**<br>   a.   Defendant/Respondent's primary address/information for service:<br>        Name *(First, Middle, Last)*:  GARY MARSCHE _____<br>        Registered Agent's name, if any: _____<br>        Street Address, Unit #:  241 CANTERBURY _____<br>        City, State, ZIP:  BOLINGBROOK, IL 60440 _____<br>        Telephone: _____   Email: _____ |
| In **1b**, enter a second address for Defendant/ Respondent, if you have one. |   b.   If you have more than one address where Defendant/Respondent might be found, list that here:<br>        Name *(First, Middle, Last)*: _____<br>        Street Address, Unit #: _____<br>        City, State, ZIP: _____<br>        Telephone: _____   Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/ Respondent. |   c.   Method of service on Defendant/Respondent:<br>        ☐ Sheriff        ☐ Sheriff outside Illinois: _____<br>                                              *County & State*<br>        ☐ Special process server        ☐ Licensed private detective |

SU-S 1503.2                                       Page 1 of 4

Enter the Case Number given by the Circuit
Clerk:___2021L000877_____

<table>
<tr><td>
In **2**, enter the amount of money owed to you.

In **3**, enter your complete address, telephone number, and email address, if you have one.
</td><td>

**2. Information about the lawsuit:**
Amount claimed:  $ 200,000.00

**3. Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last):*   CHARLES A JOHNSON
Street Address, Unit #:   136 MAPLEWOOD DRIVE
City, State, ZIP:   BOLINGBROOK, IL 60440
Telephone:  (630) 759-4550          Email:   ATTORNEY1@PRODIGY.NET
</td></tr>
</table>

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

<table>
<tr><td>
**Important information for the person getting this form**
</td><td>
You have been sued. Read all of the documents attached to this *Summons.*
To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/.
</td></tr>
</table>

<table>
<tr><td>
Check **4a** or **4b.** If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a.** Otherwise, if the clerk gives you a court date, check box **4b.**
</td><td>

**4. Instructions for person receiving this *Summons* (Defendant):**

☑ a.  To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:
Address:   100 W. JEFFERSON, JOLIET, IL 60432 _____
City, State, ZIP: _____
</td></tr>
<tr><td>
In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response.*
</td><td>

☐ b.  Attend court:
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
      *Date*         *Time*                   *Courtroom*
**In-person at:**

_____
*Courthouse Address*     *City*             *State*     *ZIP*
OR
</td></tr>
<tr><td>
In **4b**, fill out:
• The court date and time the clerk gave you.
• The courtroom and address of the court building.
• The call-in or video information for remote appearances (if applicable).
• The clerk's phone number and website. All of this information is available from the Circuit Clerk.
</td><td>

**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
By telephone: _____
                   *Call-in number for telephone remote appearance*
By video conference: _____
                        *Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                     *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
   *Website*
</td></tr>
</table>

**11/23/2021 11:16 AM**

<table>
<tr><td>
**STOP!**
The Circuit Clerk will fill in this section.
</td><td>
**Witness this Date:** _____

**Clerk of the Court:** *Andrea Lynn Chasteen*
</td></tr>
<tr><td>
**STOP!**
The officer or process server will fill in the Date of Service.
</td><td>
**This *Summons* must be served within 30 days of the witness date.**

**Date of Service:** _____
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*
</td></tr>
</table>

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Will _____ COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| **Instructions** | |
|---|---|
| Enter above the county name where the case was filed. | MAUREEN FOX and LYNNE _____ **Plaintiff / Petitioner** *(First, middle, last name)* |
| Enter your name as Plaintiff/Petitioner. | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. GARY MARSCHE _____ **Defendant / Respondent** *(First, middle, last name)* |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* |

**Case Number 2021L000877**

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

My name is _____ and I state
    *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

   ☐ Personally on the Defendant/Respondent:
   Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____

   ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family
   member or lives there:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address, Unit#: _____
   City, State, ZIP: _____
   And left it with: _____
             *First, Middle, Last*
   Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the
   above address on _____ , 20 _____ .

   ☐ On the Corporation's agent, _____
                             *First, Middle, Last*
   Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____

*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

**By:** _____

*Signature by:* ☐ Sheriff
         ☐ Sheriff outside Illinois:
         _____
         *County and State*
         ☐ Special process server
         ☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

# Remote Court Instructions for Participants

Judges listed below permit court attendance via Zoom in certain circumstances. Judges not listed below do not allow remote court participation under any circumstances. **Please consult the Circuit Clerk website for individual standing orders**. Zoom is **FREE** and can be used with a computer, laptop, tablet, smart phone with a camera, or landline telephone. Instructions are below.

## Meeting IDs & Passwords

The Zoom meeting ID and password for each judge is listed below and will always remain the same:

**Allen** - 719 811 8159 (password: 002002)

**Anderson** - 930 2919 0133 (password: 236236)

**Archambeault** - 951 2005 0302 (password: 313)

**Dow** - 958 2123 0845 (password: 753923)

**Ewanic** - 955 6908 6067 (password: 011645)

**Garcia** - 756 136 6153 (password: 30734)

**Jarz** - 919 7619 1672 (password: 311311)

**Kennison** - 972 3796 2180 (password: 578874)

**Lund** - 860 206 7112 (password: 301301)

**Nash** - 984 7035 0576 (password: 574662)

**Osterberger** - 954 9877 7674 (password: 111111)

**Pavich** - 963 988 4732 (password: 002002)

**Petrungaro** - 992 7448 0487 (password: 117117)

**Rickmon** - 959 2357 1680 (password: 201201)

**Rossi** - 912 2466 3711 (password: 129129)

| **Procedure for attorneys or self-represented litigants using a computer with a camera & microphone** | **Procedure for using Zoom on cell phone:** | **Procedure for using Zoom on a landline or phone without Zoom app:** |
|---|---|---|
| 1. Create a Zoom account by going to Zoom.us and click "sign up, it's free" and follow the prompts from there. | 1. Download the Zoom Cloud Meetings app on your cell phone. | 1.Dial one of the below US dial-in numbers: |
| 2. Once Zoom opens, click "join a meeting" on the upper right. | 2. Open the app and tap "Sign Up" (by following the prompts). | +1 312 626 6799<br>+1 929 436 2866<br>+1 301 715 8592<br>+1 669 900 6833<br>+1 253 215 8782<br>+1 346 248 7799 |
| 3. Message box will appear asking for meeting ID number. Input the assigned judge's meeting ID. | 3. Tap "Join." | |
| 4. Message box will appear. Click "open Zoom." | 4. Input the meeting ID number or personal link name. Input assigned judge's meeting ID. | |
| 5. Message box will ask for the password. Input the assigned judge's password. | 5. Message box will ask for the password. Input the assigned judge's password. | 2. When prompted, input the assigned judge's meeting ID as listed above, followed by the pound key (#). |
| 6. Screen should load, showing your face. Click "join with video." | 6. Tap 'Join with video." | |
| 7. Message box will appear, click "join with computer audio." | 7. Tap "call using internet audio." | 3. When prompted, input the assigned judge's password as listed above, followed by the pound key (#). |
| | 8. Tap anywhere on the screen to make the header bars appear. | |

**Please login 10-15 minutes early to check-in with the Clerk. You may be in a waiting room until your case is called. The Judge shall mute participants until their case is called.**

**Failure to appear whether through the Zoom call or in person, may result in a default being entered against you.**

Rev. 07/21